Núm. 6757.—Pueblo, apldo. *v.* De León, aplte.—C. D. Arecibo. Noviembre. 17, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Visto el caso con la sola asistencia del fiscal, atendida la recomendación de éste y por los motivos expresados en su informe oral y escrito y por autoridad del caso de *El Pueblo* v. *Victoriano Pérez*, resuelto en julio 31, 1937 (ante, pág. 169), se revoca la sentencia apelada y se absuelve al acusado.

El Juez Asociado Sr. Córdova Dávila no intervino.

Núm. 6780.—Pueblo, apldo. *v.* Figueroa, aplte.—C. D. Aguadilla. Diciembre 3, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por los fundamentos de la opinión emitida en el caso de *El Pueblo* v. *Victoriano Pérez*, 52 D.P.R. 169, seguida en el de *El Pueblo* v. *José Dolores de León*, que fué resuelto el 17 de noviembre de 1937, (supra), y atendidas las recomendaciones del fiscal de este Tribunal trito de Aguadilla el 19 de febrero de 1937, y se ordena el archivo y sobreseimiento de esta causa en la corte inferior.

Núm. 6337.—Pueblo, apldo. *v.* Martínez, aplte.—C. D. San Juan. Enero 11, 1938.

Apareciendo de la anterior moción del Fiscal y certificación acompañada, que Felícita Martínez, la acusada apelante en este caso, falleció en agosto 16 de 1936, se ordena el archivo y sobreseimiento del mismo.